United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA SANTIAGO JIMENEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC.,<br><br>Defendant. | Case No. 4:19-cv-01851-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER TERMINATING PLAINTIFFS' MOTION FOR LEAVE TO AMEND; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 45, 47 |

On August 21, 2020, the parties participated in a settlement conference with U.S. Magistrate Judge Jacqueline Scott Corley, and the case settled. (Dkt. No. 47.) Accordingly, Plaintiffs shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the undersigned TERMINATES the pending motion for leave to amend (Dkt. No. 45) as moot. The October 13, 2020 case management conference is continued to November 3, 2020 at 1:30 PM. The joint case management statement is due on or before October 27, 2020.

IT IS SO ORDERED.

Dated: August 21, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge